

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HOLT HEALTHCARE MANAGEMENT SERVICES, INC., on behalf of plaintiff and the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> SHARP MANAGEMENT GROUP, INC., and JOHN DOES 1-10, <br><br> Defendants. | 14-cv-5642 <br><br> Judge Norgle <br> Magistrate Judge Cox |

### ORDER ENTERING DEFAULT JUDGMENT

This matter coming to be heard on prove-up on damages and fees and costs in support of plaintiff's Motion for Entry of Order of Default, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

Default judgment is entered against defendant Sharp Management Group, Inc., and in plaintiff's favor, in the amount of $1,500.00 for plaintiff in statutory damages, plus $3,029.00 in attorney's fees and $486.31 in costs of suit.

Dated: 10-10-14

Judge Charles Norgle